█ In the Matter of the Estate of KATHERINE E. WOODS, Deceased. RICHARD SANTAY, Appellant; CHARLES CAMPBELL, as Guardian ad Litem of MICHAEL MACKENZIE, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.